# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Information associated with the account **allcontrol2016@gmail.com**, fully described in Attachment A.

Case No. 19-M-037

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

Information associated with the account **allcontrol2016@gmail.com**, fully described in Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE April 14, 2019 (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. David E. Jones   .
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
  ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: April 2, 2019

Judge's signature

City and State: Milwaukee, Wisconsin        Hon. David E. Jones, U.S. Magistrate Judge
Printed Name and Title

| | | |
|---|---|---|
| **Return** | | |
| Case No: I3-15-0050 | Date and time warrant executed: 04-03-19  10:58AM | Copy of warrant and inventory left with: GOOGLE |
| Inventory made in the presence of: TFO SCOTT SIMONS | | |
| Inventory of the property taken and/or name of any person(s) seized: | | |

- DATA FOR ALLCONTROL2016@GMAIL.COM

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 05-03-19

_Executing officer's signature_

SCOTT SIMONS, TFO
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: May 3, 2019

_United States Magistrate Judge_

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the account **allcontrol2016@gmail.com** (the "account") that is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043 (the "Provider").

# ATTACHMENT B

## Particular Things to be Disclosed and Seized

I.   Information to be disclosed by Google (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on March 18, 2019, the Provider is required to disclose the following information to the government for each of the accounts or identifiers listed in Attachment A:

    a.   All customer information (e.g. name, age, email address, physical address, payment information) associated with the account;

    b.   All records and information regarding the creation account and access to the account, including records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, and log-in IP addresses associated with session times and dates.

    c.   The types of services utilized;

    d.   The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

e. All records, files, and other information stored/saved in the accounts, including information, files, and data saved to Google Drive;

f. A complete file activity log for any associated Google Drive account;

g. All records and information and analytics collected by the Provider through the use of cookies or similar technology including the type of browser and device used by the account holder, the web page visited before coming to Google sites, and other identifiers associated with the devices used by the account holder;

h. All records and information that identifies a user's actual location;

i. All records pertaining to communications between the Provider and any person regarding the accounts, including contacts with support services and records of actions taken;

j. All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Google.

The Provider is hereby ordered to disclose the above information to the government within 14 days of the issuance of the warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities related to violations of Title 21, United States Code, Sections 829(e) and 841(a)(1) (Distribution of Controlled Substances), and Title 21, United States Code, Sections 841(h) and 843(c)(2)(A) (Offenses involving distribution of Controlled Substances by means of the Internet), since October 31, 2018, including but not limited to, information pertaining to the following matters:

2

a. Information identifying the persons using the account;

b. Information identifying other accounts used by the persons using the account;

c. Information identifying the devices used to access the account;

d. The location of persons using the account;

e. The identity of persons sharing Google Drive account URLs associated with the account;

f. The identity of persons saving, storing, editing, and accessing files and records on Google Drive accounts associated with the account;

g. Financial information, credit card numbers, social security numbers, and other personal identifiable information stored in the Google Drive account;

h. Information related to the sale and distribution of controlled substances and pharmaceuticals; and

i. Communications and files that contain IP addresses and username and passwords to those IP addresses.